UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FINANCIAL SERVICES VEHICLE TRUST, by and through its servicer, BMW FINANCIAL SERVICES NA, LLC,<br><br>    *Plaintiff*,<br><br><br>  v.<br><br>DERRICK KEITT,<br><br>    *Defendant*. | Civil No.: 2:23-cv-23188 (KSH) (AME)<br><br><br><br><br><br><br>**ORDER** |

  This action having been commenced by plaintiff, seeking the entry of final judgment by default against defendant Derrick Keitt pursuant to Fed. R. Civ. P. 55(b)(2); and the complaint in this matter having been filed on December 18, 2023, seeking damages under the Federal Odometer Act, 49 U.S.C. § 32701 *et seq.* and for breach of his lease agreement; and service of the summons and complaint having been effectuated with respect to the defendant; and default having been entered by the Clerk of the Court on August 1, 2024 against defendant for his failure to plead or otherwise defend in this action; and no response having been submitted by defendant; and the Court having reviewed the papers; and for the reasons set forth in the opinion filed herewith,

  **IT IS** on this 3rd day of March, 2025,

  **ORDERED** that plaintiff's motion for final judgment by default (D.E. 17) is **GRANTED**; and it is further

  **ORDERED** that plaintiff shall file a supplemental certification, with any necessary supporting papers, within 30 days of this order as to its requested costs and attorneys' fees and its

requested auction costs of $552.34, and provide the Court with an updated proposed judgment order; and it is further

**ORDERED** that final judgment shall be entered after the Court's consideration of the foregoing supplemental submission, or, in the absence of any such submission, after the deadline for plaintiff to file it has passed.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.